UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Michael Jones<br>3714 Hayes Street NE<br>Washington DC 20019<br><br>      **Plaintiff,**<br><br> vs.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**<br>300 Seventh Street, S.W.<br>Washington, D.C. 20024<br><br>      **Defendant.** | **Civil Action No.: 1:22-cv-2694** |

**DEFENDANT WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY'S NOTICE OF REMOVAL**

PLEASE TAKE NOTICE THAT pursuant to 28 U.S.C. §§ 1441(a) and 1446, Defendant Washington Metropolitan Area Transit Authority ("WMATA") hereby removes this action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia. In support of this Notice of Removal, WMATA avers as follows:

**Procedural History and Plaintiff's Allegations**

1. On August 10, 2022, Plaintiff Michael Jones filed a Complaint against WMATA in the Superior Court of the District of Columbia, initiating this action.

2. The Superior Court issued a Summons to WMATA on August 10, 2022.

3. On August 22, 2022, WMATA received the Summons and Complaint via Certified Mail.

4. The Complaint alleges that Plaintiff was injured in incident involving a WMATA bus on July 14, 2021.  (*See generally* Compl.)  The Complaint seeks to recover damages for personal injuries.  (*See generally* Compl.)

5. Based on these allegations, the Complaint purports to allege a claim for negligence under District of Columbia law against WMATA.  (*Id.*)

**Grounds for Removal**

6. Pursuant to 28 U.S.C. § 1441(a), this is a civil action brought in a state court of which the district courts of the United States have original jurisdiction.

7. This Court has original jurisdiction of this action under 28 U.S.C. § 1331.  The WMATA Compact, Public Law 89-774, Paragraph 81, approved by Congress on November 6, 1966, as amended, reprinted at D.C. Code § 9-1107.01, Section 81, specifically grants jurisdiction over suits against WMATA to this Court:

> The United States District Courts shall have original jurisdiction, concurrent with the Courts of Maryland and Virginia, of all actions brought by or against the Authority and to enforce subpoenas issued under this Title.  Any such action initiated in a state court shall be removable to the appropriate United States District Court in the manner provided by Act of June 25, 1948, as amended (28 U.S.C. § 1446).

**The Procedural Requirements for Removal Have Been Satisfied**

8. This case has been removed by WMATA to the district court of the United States for the district and division embracing the place where such action is pending.  28 U.S.C. §§ 1441(a) and 1446(a).

9. This Notice of Removal is filed within 30 days after the receipt by WMATA, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which this action is based.  28 U.S.C. § 1446(b)(1).  WMATA received the Summons and Complaint on August 22, 2022.

10.     True and correct copies of all process, pleadings, and orders served on WMATA in the pending State court action are attached hereto as Exhibit 1.

11.     Contemporaneously with the filing of this Notice of Removal, WMATA is serving written notice of this Notice of Removal on counsel for Plaintiff and filing the same with the Clerk of the Superior Court of the District of Columbia, in accordance with 28 U.S.C. § 1446(d).

## Non-Waiver of Defenses

12.     By removing this action from the Superior Court of the District of Columbia, WMATA does not waive any defenses available to it.

13.     By removing this action from the Superior Court of the District of Columbia, WMATA does not admit any of the allegations in Plaintiff's Complaint.

WHEREFORE, WMATA removes the above-captioned action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

DATE: September 7, 2022

    Respectfully submitted,

    WASHINGTON METROPOLITAN AREA
    TRANSIT AUTHORITY

    By:   /s/ Brendan H. Chandonnet
         Brendan H. Chandonnet #986719
         Senior Counsel - WMATA
         300 7th Street SW
         Washington, DC 20024
         Direct Dial:  (202) 962-2805
         Facsimile:  (202) 962-2550
         Email:  bchandonnet@wmata.com

## **CERTIFICATE OF SERVICE**

I certify that on September 7, 2022 a true and accurate copy of the foregoing was served on the following counsel of record via the Court's ECF system:

>Rebecca Krassel
>Lewis and Thompkins, P.C.
>836 Bonifant Street, Silver Spring, MD 20910
>(202) 296-0666

>/s/ Brendan H. Chandonnet
>Brendan H. Chandonnet #986719

4