Filed
D.C. Superior Court
08/10/2022 18:30PM
Clerk of the Court

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

MICHAEL JONES )
3714 Hayes Street NE )
Washington, DC  20019 )
)
    Plaintiff )
) Case No. __2022 CA 003580 V__
    v. )
)
Washington Metropolitan Area Transit )
Authority )
600 Fifth St., N.W. )
Washington, DC  20001 )
)
    Defendant )

## COMPLAINT

(Motor Vehicle Negligence)

1.    Plaintiff Michael Jones sues defendant Washington Metropolitan Area Transit Authority (herein "WMATA") for injuries and damages s/he sustained as a result of defendant's negligence.  Jurisdiction lies in this Court pursuant to D.C. Code § 13-423 (2001).  The amount in controversy exceeds $5,000.00.

2.    On or about 7/14/2021 at approximately 6:20 PM, plaintiff Michael Jones was a pedestrian walking on the sidewalk on Riggs Road in Northeast Washington, DC. Plaintiff was at all times walking with due regard for his own safety.

3.    At that same time and place, the defendant employed a bus driver that was operating an WMATA bus within the scope of said bus driver's employment traveling on the 100 Block of Riggs Road, NE in Washington DC.  The defendant's bus driver did then and

1

there suddenly and without warning drive his/her vehicle up onto the sidewalk, directly into the path of the plaintiff who had to dive out of the way of the moving bus to protect his life.

4.    The collision was caused solely by the negligence and carelessness of the defendant WMATA and its employee bus driver.  Such negligence includes, but is not limited to, failing to control speed, failing to maintain control of a vehicle, failing to drive on a roadway, and generally failing to exercise due care in the operation of a WMATA bus   -- all in violation of District of Columbia traffic regulations.

5.    As a direct and proximate result of the negligence and carelessness of the defendant, the plaintiff was caused to sustain serious physical injuries to his body as well as substantial inconvenience and mental anguish.  Because of his injuries the plaintiff has been caused to incur and will incur in the future medical and related expenses, has been caused to endure physical and mental pain and suffering, has been limited in engaging in his previous customary activities and pursuits, and has suffered a loss of earnings and an impairment of his earning capacity.

WHEREFORE, plaintiff, Michael Jones, demands judgment against defendant WMATA, in the amount of FIVE HUNDRED THOUSAND DOLLARS ($500,000.00), plus interest from the date of judgment and the allowable costs of this action.

/s/ David Tompkins

_____

David Errol Tompkins, #457632
LEWIS & TOMPKINS, P.C.
836 Bonifant Street
Silver Spring, MD 20910
dtompkins@lewisandtompkins.com
(202) 296-0666
(202) 371-9228 facsimile
Attorney for Plaintiff


/s/ Rebecca Krassel

_____

Rebecca Krassel, #1617531
LEWIS & TOMPKINS, P.C.
836 Bonifant Street
Silver Spring, MD 20910
rk@lewisandtompkins.com
(202) 296-0666
(202) 371-9228 facsimile
Attorney for Plaintiff


## JURY DEMAND

Pursuant to SCR-Civil Rule 38(b), Plaintiff requests a trial by jury of all issues involved herein.


/s/ David Tompkins

_____

David E. Tompkins, Esq.

3